1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT MICHAEL WILLIAMSON,

11           Plaintiff,                    2:10-cv-2600 KJM DAD

12       v.

13   SACRAMENTO MORTGAGE, INC.,
     et al.,

14                                         ORDER
             Defendants.

15   _____/

16           Plaintiff commenced this action by filing a pro se complaint in Sacramento

17   County Superior Court on July 1, 2010.  Defendants Mortgage Electronic Registration Systems

18   and Aurora Loan Services LLC removed the case to this court on September 22, 2010.  The case

19   was referred to the undersigned magistrate judge for all purposes described in Local Rule

20   302(c)(21).  By order filed April 21, 2011, attorney Mitchell L. Abdallah has been substituted as

21   attorney of record for the plaintiff in propria persona.  Local Rule 302(c)(21) provides that an

22   action initially referred to a magistrate judge "shall be referred back to the assigned Judge if a

23   party appearing in propria persona is later represented by an attorney."

24           Accordingly, IT IS ORDERED that:

25           1.  Pursuant to Local Rule 302(c)(21), this action is referred back to the assigned

26   district judge for further proceedings;

                                            1

1    2.  The docket for this case shall be modified to reflect that the case is not a Pro Se

2 case, and all documents hereafter submitted for filing in this case shall bear case number 2:10-cv-

3 2600 KJM DAD; and

4    3.  Within seven (7) days after this order is filed and served, plaintiff's counsel

5 shall file and serve a status report addressed to the Honorable Kimberly J. Mueller regarding the

6 filing of any amended opposition to defendants' motion to dismiss (Doc. No. 7), which currently

7 stands submitted for decision.

8 DATED: April 21, 2011.

9

10            _Dale A. Drozd_

11           DALE A. DROZD
            UNITED STATES MAGISTRATE JUDGE

12 DAD:kw
  Ddad1\orders.prose\williamson2600.ord.referback

13

14

15

16

17

18

19

20

21

22

23

24

25

26