IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MICHAEL WILLIAMSON,

        Plaintiff,                           Civ. No. S-10-2600 KJM DAD

    vs.

SACRAMENTO MORTGAGE, INC.
et al., ,                                  ORDER

        Defendants.
_____/

        The court is prepared to address the pending motion to dismiss on the previously submitted briefing as to the claims remaining assuming the proposed amended complaint as the operative complaint. Any objection to this proposal should be filed within seven days of the date of this order.

        IT IS SO ORDERED.

DATED: September 15, 2011.

                                                                   UNITED STATES DISTRICT JUDGE

1