1  SUNNY S. HUO (State Bar No. 181071)
   ANDREW W. NOBLE (State Bar No. 245993)
2  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  AURORA LOAN SERVICES, LLC and
   MORTGAGE ELECTRONIC REGISTRATION
8  SYSTEMS

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         SACRAMENTO DIVISION
12

13 | ROBERT MICHAEL WILLIAMSON, an individual, | Case No. 2:10-cv-02600
14 |                                            | **PLAINTIFF AND DEFENDANTS'**
15 |            Plaintiff,                      | **STIPULATION TO CONTINUE THE**
   |                                            | **DATE OF SETTLEMENT CONFERENCE**
16 |      vs.                                   | Crtrm.:  24, 8th Floor
17 | SACRAMENTO MORTGAGE, INC., a                | Judge:   Hon. Kimberly J. Mueller
   | Business Entity, form unknown; AURORA      |
18 | LOAN SERVICES, LLC, a Business Entity,     |
   | form unknown; CHICAGO TITLE                |
19 | COMPANY, a Business Entity, form           |
   | unknown; QUALITY LOAN SERVICE              |
20 | CORP., a Business Entity, form unknown;    |
   | MORTGAGE ELECTRONIC                        |
21 | REGISTRATION SYSTEMS, a Business           |
   | Entity, form unknown, and DOES 1-50,       |
22 | inclusive,                                 |
23 |            Defendants.                     |

24
25
26
27
28

11991.0118/2437493.1                                              2:10-cv-02600
PLAINTIFF AND DEFENDANTS' STIPULATION TO CONTINUE THE DATE OF SETTLEMENT CONFERENCE

1  Plaintiff Robert Williamson ("Plaintiff") and Defendants Aurora Loan Services, LLC
2  ("Aurora" ) and Mortgage Electronic Registration Systems, Inc. ("Defendants") (collectively, the
3  "Parties"), by and through their respective counsel of record, hereby stipulate that the date of the
4  settlement conference presently set for November 1, 2012 at 10:00 a.m. be to December 1, 2012 at
5  10:00 a.m., based upon the following showing of good cause:

6  **RECITALS**

7  1.  Plaintiff initiated this lawsuit when he filed his initial complaint with the
8  Sacramento County Superior Court on or about July 1, 2010.  Defendants caused this case to be
9  removed to this Court based on the federal question jurisdiction in or about September 22, 2010.
10  2.  Plaintiff filed a motion for leave to file an amended complaint on or about May 3,
11  2012.
12  3.  On or about October 11, 2011, the Court issued an order granting Defendants'
13  motion to dismiss on all causes of action, except for fraud.
14  4.  Defendants answered the first amended complaint on or about November 1, 2011.
15  5.  On or about June 14, 2012, the parties participated Status (Pretrial Scheduling)
16  Conference.  Pursuant to Court's Status (Pretrial Scheduling) Order, parties are required to
17  participate in a Settlement Conference, presently set for November 1, 2011.
18  6.  Discovery in this matter is pending.
19  7.  The Parties are engaged in settlement discussions and are working vigorously to
20  achieve settlement in an effort to avoid trial.  It is the Parties' preference to resolve this matter
21  outside of Court.
22  8.  In order to effectively resolve this matter and have the necessary time and
23  allocation of resources to negotiate a settlement, the Parties hereby stipulate that the November 1,
24  2012 at 10:00 a.m. Settlement Conference be continued to December 6, 2012 at 10:00 a.m.  The
25  Parties further stipulate to put their efforts toward a resolution rather than continued litigation of
26  this matter.
27  9.  The Parties have not made any prior requests for continuances.  Therefore, there is
28  no record of any sort of such requests being granted or denied by the Court.

11991.0118/2437493.1                                                              2:10-cv-02600
PLAINTIFF AND DEFENDANTS' STIPULATION TO CONTINUE THE DATE OF SETTLEMENT CONFERENCE

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, that:

1. The Settlement Conference presently set for November 1, 2012 be continued by to December 6, 2012 at 10:00 a.m., or any other subsequent date that the Court has available.

2. In the alternative, shall the Settlement Conference move forward on November 1, 2012, the Parties request that they be allowed to attend the conference by telephone, with their respective counsel being present in person.

**IT IS SO STIPULATED**

DATED:  October 25, 2012

SEVERSON & WERSON
A Professional Corporation

By: _/s/ *Evelina Manukyan*_
Evelina Manukyan

Attorneys for Defendants AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

DATED:  October ___, 2012

ABDALLAH LAW GROUP

By: _signature on original_
Mitchell Abdallah

Attorneys for Plaintiff ROBERT WILLIAMSON

**ORDER**

For good cause shown, the parties' stipulation is adopted with the exception that the November 1, 2012 Settlement Conference is continued to **January 10, 2013**, at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED:  October 29, 2012.**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE